## BLACKMAN v. STATE.
### No. 23219.

Court of Criminal Appeals of Texas.
Nov. 14, 1945.

Wallace B. Moore, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of felony theft, and assessed a penalty of two years in the penitentiary.

There are no bills of exceptions nor statement of facts in the record. The proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.